IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS A. AKINS, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 18-395 |
| | ) | |
| vs. | ) | |
| | ) | RICHARD A. LANZILLO |
| CITY OF ERIE | ) | UNITED STATES MAGISTRATE JUDGE |
| POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants | ) | JUDGMENT |
| | ) | |
| | ) | |

JUDGMENT

AND NOW, this 7th day of December, 2020, IT IS HEREBY ORDERED that final judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Defendants and against Plaintiff Douglas A. Akins, denying all relief sought by Plaintiff.

_____
RICHARD A. LANZILLO
United States Magistrate Judge